# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Josie Beeson, | Court File No.: 05-cv-1116 ADM/AJB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Wells Fargo Bank, National Association d/b/a Wells Fargo Home Mortgage; and Trans Union LLC, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**ATTORNEY FOR PLAINTIFF**

By: s/Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr. Esq.
Attorney I.D. #: 0249646
CONSUMER JUSTICE CENTER, P.A.
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Dated: 5/17/06

**ATTORNEYS FOR DEFENDANT TRANS UNION, LLC**

By: s/Christopher Lane
Robert J. Schuckit, Esq.
Christopher Lane, Esq.
SCHUCKIT & ASSOCIATES P.C.
10 West Market Street
Suite 3000
Indianapolis, IN 46204
Telephone: (317) 363-2400

John K. Rossman, Esq. (#244831)
Lorie A. Klein, Esq. (#311790)
MOSS & BARNETT
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 347-0300

Dated: <u>May 18, 2006</u>

**ATTORNEY FOR DEFENDANT WELLS FARGO**

By: <u>s/Erik Girvan</u>
Charles F. Webber, Esq.
Attorney I.D. #:  215247
Erik J. Girvan, Esq.
Attorney I.D. #:  320079
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  (612) 766-7000

Dated: <u>May 16, 2006</u>