**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Josie Beeson,                                                 Court File No.:  05-cv-1116 ADM/AJB

           Plaintiff,

v.                                                       **ORDER OF DISMISSAL**

Wells Fargo Bank, National Association d/b/a
Wells Fargo Home Mortgage; and
Trans Union LLC,

           Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                          BY THE COURT


Dated:_May 22, 2006                         s/Ann D. Montgomery
                                                  The Honorable Ann D. Montgomery
                                                  Judge of United States District Court